**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS PENSION FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of Fund *Plaintiffs,* | | |
| v. | | C.A. No. 06 459 |
| E & S ACOUSTICAL CEILINGS, INC. *Defendant.* | | |

**ASSENTED-TO MOTION TO EXTEND TIME WITHIN WHICH TO RESPOND TO COMPLAINT**

Now comes E & S ACOUSTICAL CEILINGS, INC. and hereby requests additional time, up to and including December 8, 2006, within which to answer or otherwise respond to the Complaint.

The undersigned represents that all parties concerned with this motion have consented to the time period requested.

Respectfully submitted,

Thomas J. McAndrew & Associates

/s/ Thomas J. McAndrew

Thomas J. McAndrew, (#1001)
One Turks Head Place, Suite 205
Providence, RI 02903
(401) 455-0350 Tel
(401) 455-0882 Fax
tmcandrew@tjmcandrewlaw.com

**CERTIFICATION**

I hereby certify that on the 8th day of November, 2006, A true and accurate copy of the within pleading was delivered via ECF system to the following:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

/s/ Thomas J. McAndrew